UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/09

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

                Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

                Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

                Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>                    Defendant. | No. 03 Civ. 3819 (RJS)<br>**ORDER** |
| AFFYMETRIX, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 03 Civ. 8907 (RJS)<br>**ORDER** |
| ENZO LIFE SCIENCES, INC.,<br><br>                    Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>                    Defendant. | No. 04 Civ. 1555 (RJS)<br>**ORDER** |
| ROCHE DIAGNOSTICS GMBH,<br><br>                  Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>                    Defendants. | No. 04 Civ. 4046 (RJS)<br>**ORDER** |

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of the parties' joint status letter, dated September 14, 2009, which states that the related case of *Enzo Biochem, Inc. v. Applera Corp.*, Appeal No. 2009-1281, is still pending

before the Federal Circuit. The Court's March 13, 2009 Order, which instructs the parties to submit a joint status report "every six months from the date of this Order or within ten days of any decision of the Federal Circuit with respect to the Pending Appeal" therefore remains in effect.

SO ORDERED.

DATED:    September 14, 2009
          New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE