UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-11

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

AMERSHAM PLC, *et al.*,

        Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

MOLECULAR PROBES, INC., *et al.*,

        Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

PERKINELMER, INC., *et al.*,

        Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

        Plaintiffs,

-v-

ORCHID BIOSCIENCES, INC.,

        Defendant.

No. 03 Civ. 3819 (RJS)
ORDER

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 8907 (RJS)<br><u>ORDER</u> |
| ENZO LIFE SCIENCES, INC.,<br><br>      Plaintiff,<br><br>-v-<br><br>AFFYMETRIX, INC.,<br><br>      Defendant. | No. 04 Civ. 1555 (RJS)<br><u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH,<br><br>      Plaintiff,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 04 Civ. 4046 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

  The Court is in receipt of the parties' May 16, 2011 joint letter, which was submitted to address recent developments in the related case pending in the District of Connecticut. The Connecticut action remains stayed, pending the resolution of the petition for certiorari filed in that case. Accordingly, this action will remain stayed, and IT IS HEREBY ORDERED THAT the parties shall submit a follow-up joint status letter by July 15, 2011.

SO ORDERED.

DATED:  May 16, 2011
      New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES DISTRICT JUDGE