UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-11

ENZO BIOCHEM, INC., *et al.*,

                              Plaintiffs,

       -v-

AMERSHAM PLC, *et al.*,

                              Defendants.

No. 02 Civ. 8448 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                              Plaintiffs,

       -v-

MOLECULAR PROBES, INC., *et al.*,

                              Defendants.

No. 03 Civ. 3816 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                              Plaintiffs,

       -v-

PERKINELMER, INC., *et al.*,

                              Defendants.

No. 03 Civ. 3817 (RJS)
ORDER

ENZO BIOCHEM, INC., *et al.*,

                              Plaintiffs,

       -v-

ORCHID BIOSCIENCES, INC.,

                              Defendant.

No. 03 Civ. 3819 (RJS)
ORDER

AFFYMETRIX, INC.,

                    Plaintiff,

    -v-

ENZO BIOCHEM, INC., *et al.*,

                    Defendants.

No. 03 Civ. 8907 (RJS)
ORDER

ENZO LIFE SCIENCES, INC.,

                    Plaintiff,

    -v-

AFFYMETRIX, INC.,

                    Defendant.

No. 04 Civ. 1555 (RJS)
ORDER

ROCHE DIAGNOSTICS GMBH,

                    Plaintiff,

    -v-

ENZO BIOCHEM, INC., *et al.*,

                    Defendants.

No. 04 Civ. 4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' July 15, 2011 joint letter, which states that the Supreme Court has denied certiorari in the related case pending in the District of Connecticut and that trial will likely commence in that case on February 6, 2012. Several Defendants have requested a conference to discuss how the actions in this Court should proceed as a result. Accordingly, IT IS HEREBY ORDERED THAT, the parties shall appear for a status conference on July 27, 2011 at 3:30 p.m. in Courtroom 21C of the United States District Court for the Southern District of New

York, 500 Pearl Street, New York, New York.

SO ORDERED.

DATED:      July 18, 2011
            New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE