UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Roche Diagnostics GMBH and Roche Molecular Systems, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Enzo Biochem, Inc. and Enzo Life Sciences, Inc., <br><br> Defendants. | Civil Action No. 04 CV 4046 (JES) <br><br> **MOTION FOR WITHDRAWAL OF COUNSEL** |
| Enzo Biochem, Inc. and Enzo Life Sciences, Inc., <br><br> Counter-Claimants, <br><br> v. <br><br> Roche Diagnostics GMBH and Roche Molecular Systems, Inc., <br><br> Counter-Defendants. | |

Roche Diagnostics GMBH and Roche Molecular Systems, Plaintiffs and Counter-Defendants in the above-caption matter, by and through their counsel, Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), hereby move to withdraw the appearances of James P. Barabas, formerly of WilmerHale; and Daiske Yoshida and John J. Kirby, Jr., of or formerly of Latham & Watkins LLP. Mr. Barabas is no longer employed by WilmerHale; Mr. John J. Kirby, Jr. retired from Latham & Watkins on June 30, 2007; and Mr. Yoshida is no longer working on this matter. The undersigned and Omar Khan of WilmerHale will continue to represent Roche

Diagnostics GMBH and Roche Molecular Systems in this action.  Accordingly, no party will be prejudiced by the withdrawal of the aforementioned attorneys from this matter.

Dated: October 12, 2011

        Respectfully submitted,

        <u>Robert J. Gunther, Jr.</u>
        Robert J. Gunther, Jr.
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        399 Park Avenue
        New York, NY 10022
        Tel: (212) 230-8800
        Fax: (212) 230-8888
        robert.gunther@wilmerhale.com

        *Counsel for Plaintiffs and Counter-Defendants Roche Diagnostics GMBH and Roche Molecular Systems*