UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
ROCHE DIAGNOSTICS GMBH, et al.,
:
                Plaintiffs,                04-CV-4046 (RJS)
:
    v.
:
ENZO BIOCHEM, INC., et al.              NOTICE OF APPEARANCE
:
                Defendants.  :

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for declaratory judgment plaintiffs and counterclaim defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 18, 2011

                                              Respectfully submitted,

                                              /s/ Omar A. Khan
                                              Omar A. Khan
                                              WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                              399 Park Avenue
                                              New York, NY 10022
                                              T: 212-230-8800
                                              F: 212-230-8888

                                              *Attorney for Declaratory Judgment*
                                              *Plaintiffs and Counterclaim Defendants*
                                              *Roche Diagnostics GmbH and Roche*
                                              *Molecular Systems, Inc*.