UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>  -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>      Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>  -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>  -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>  -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3819 (RJS) |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br> Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br> Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br> Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF RICHARD C. PETTUS

PLEASE TAKE NOTICE that Richard C. Pettus, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this court.

NY 241,521,260v1 10-20-11

Dated: November 9, 2011
       New York, New York

                                            By:    /s/ Richard C. Pettus
                                                    Richard C. Pettus (RP 5220)
                                                    GREENBERG TRAURIG, LLP
                                                    MetLife Building
                                                    200 Park Avenue
                                                    New York, New York 10166
                                                    Telephone: (212) 801-9387
                                                    Facsimile: (212) 801-6400
                                                    E-mail: pettusr@gtlaw.com