UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
Roche Diagnostics GMBH, &
Roche Molecular Systems       Plaintiff,          Case No. 04-cv-4046

      -against-

Enzo Biochem, Inc., & Enzo Life
Sciences, Inc.                Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Robert J. Gunther, Jr.
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RG6655       My State Bar Number is 1967652

I am,

☑ An attorney

☐ A Government Agency attorney

☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
             FIRM ADDRESS: 399 Park Avenue New York, NY 10022
             FIRM TELEPHONE NUMBER: 212-230-8800
             FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
             FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
             FIRM TELEPHONE NUMBER: 212-230-8800
             FIRM FAX NUMBER: 212-230-8888

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 16, 2012                   s/ Robert J. Gunther, Jr.
                                       _____
                                       ATTORNEY'S SIGNATURE