UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Roche Diagnostic GMBH et al.   Plaintiff,      Case No. 04-cv-04046 (RJS)

-against-

Enzo Biochem, Inc. et al.   Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending          ☑ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jonathan D. Ball**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JB 2580     My State Bar Number is: 4137907

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: King and Spalding, LLP
            FIRM ADDRESS: 1185 Avenue of the America, NY, NY10036
            FIRM TELEPHONE NUMBER: 212-556-2100
            FIRM FAX NUMBER: 212-5562222

NEW FIRM:   FIRM NAME: Greenberg Traurig, LLP
            FIRM ADDRESS: 200 Park Ave. NY, NY 10166
            FIRM TELEPHONE NUMBER: 212-801-9200
            FIRM FAX NUMBER: 212-801-6400

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 11/15/2012                              s/ Jonathan D. Ball
                                               ATTORNEY'S SIGNATURE