UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

      -v-                                    No. 02 Civ. 8448 (RJS)

AMERSHAM PLC, *et al.*,

                      Defendants.

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

      -v-                                    No. 03 Civ. 3816 (RJS)

MOLECULAR PROBES, INC., *et al.*,

                      Defendants.

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

      -v-                                    No. 03 Civ. 3817 (RJS)

PERKINELMER, INC., *et al.*,

                      Defendants.

ENZO BIOCHEM, INC., *et al.*,

                      Plaintiffs,

      -v-                                    No. 03 Civ. 3819 (RJS)

ORCHID BIOSCIENCES, INC., *et al.*,

                      Defendants.

*NY 242603819v1*

| | |
|---|---|
| AFFYMETRIX, INC.,<br><br>             Plaintiff,<br><br>    -v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>             Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC.,<br><br>             Plaintiff,<br><br>    -v-<br><br>AFFYMETRIX, INC.,<br><br>             Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH,<br><br>             Plaintiff,<br><br>    -v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>             Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

Enzo Biochem, Inc., and Enzo Life Sciences, Inc.

I certify that I am admitted to practice in this court.

*NY 242603819v1*

Dated:   November 14, 2012
        New York, New York

By:       _Jonathan Ball_

Jonathan D. Ball (JB 2580)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-2223
Facsimile:  (212) 801-6400
E-mail: ballj@gtlaw.com

NY 242603819v1