UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2012
```

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>AMERSHAM PLC, *et al.*,<br><br>Defendants. | No. 02 Civ. 8448 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>Defendants. | No. 03 Civ. 3816 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>PERKINELMER, INC., *et al.*,<br><br>Defendants. | No. 03 Civ. 3817 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>ORCHID BIOSCIENCES, INC.,<br><br>Defendant. | No. 03 Civ. 3819 (RJS)<br>ORDER |

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>      Plaintiff, <br><br>-v- <br><br>ENZO BIOCHEM, INC., *et al.*, <br><br>      Defendants. | No. 03 Civ. 8907 (RJS) <br> <u>ORDER</u> |
| ENZO LIFE SCIENCES, INC., <br><br>      Plaintiff, <br><br>-v- <br><br>AFFYMETRIX, INC., <br><br>      Defendant. | No. 04 Civ. 1555 (RJS) <br> <u>ORDER</u> |
| ROCHE DIAGNOSTICS GMBH, <br><br>      Plaintiff, <br><br>-v- <br><br>ENZO BIOCHEM, INC., *et al.*, <br><br>      Defendants. | No. 04 Civ. 4046 (RJS) <br> <u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, District Judge:

As stated on the record during the conference held on November 16, 2012, IT IS HEREBY ORDERED THAT Defendants shall file their motions for summary judgment on non-patent issues on or before December 21, 2012.[1] Plaintiffs shall submit a letter (1) setting forth what additional discovery they need in order to respond to the Defendants' motions, and (2) articulating why discovery should be permitted to go forward, on or before January 18, 2013.

IT IS FURTHER ORDERED THAT the parties shall submit a joint case management plan regarding the claims involving the '830 and '523 Patents on or before December 21, 2012.

---

[1] Defendant Molecular Probes Inc. ("MPI") may not file a motion for summary judgment on the basis of patent invalidity.

IT IS FURTHER ORDERED THAT the parties shall appear for a conference on January 29, 2013 at 3:30 p.m.

Finally, IT IS FURTHER ORDERED THAT Defendant Molecular Probes, Inc.'s contemplated motion to stay the case number 03 Civ. 3816 is deemed made and denied.

SO ORDERED.

DATED:     November 16, 2012
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

3