UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br> -v-<br><br>AMERSHAM PLC, *et al.*,<br><br>      Defendants. | No. 02 Civ. 8448 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br> -v-<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br> -v-<br><br>PERKINELMER, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3817 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br> -v-<br><br>ORCHID BIOSCIENCES, INC., *et al.*,<br><br>      Defendants. | No. 03 Civ. 3819 (RJS) |

NY 242983326v1

| | |
|---|---|
| AFFYMETRIX, INC., <br><br>                                   Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                                   Defendants. | No. 03 Civ. 8907 (RJS) |
| ENZO LIFE SCIENCES, INC., <br><br>                                   Plaintiff, <br><br> -v- <br><br> AFFYMETRIX, INC., <br><br>                                   Defendant. | No. 04 Civ. 1555 (RJS) |
| ROCHE DIAGNOSTICS GMBH, <br><br>                                   Plaintiff, <br><br> -v- <br><br> ENZO BIOCHEM, INC., *et al.*, <br><br>                                   Defendants. | No. 04 Civ. 4046 (RJS) |

## NOTICE OF APPEARANCE OF RONAD D. LEFTON

PLEASE TAKE NOTICE that Ronald D. Lefton, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Enzo Biochem, Inc., and Enzo Life Sciences, Inc. and demands that all papers in this action be served upon the undersigned. I certify that I am

admitted to practice in this court.


Dated:  New York, New York
        April 29, 2013

                                By:    /s/  Ronald D. Lefton
                                              Ronald D. Lefton
                                              GREENBERG TRAURIG, LLP
                                              MetLife Building
                                              200 Park Avenue
                                              New York, New York  10166
                                              Telephone:  (212) 801-9200
                                              Facsimile:  (212) 801-6400
                                              E-mail: leftonr@gtlaw.com