UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-13
```

ROCHE DIAGNOSTICS GMBH, et al.,

Plaintiffs,

-v-

ENZO BIOCHEM, INC., et al.,

Defendants.

No. 04 Civ. 04046 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated February 7, 2013, the Court set a schedule for discovery and claim construction proceedings for the parties' claims and defenses relating to U.S. Patent Nos. 4,943,523 and 5,082,830. IT IS HEREBY ORDERED THAT, by June 18, 2013, the parties shall submit a joint letter, not to exceed three pages, advising the Court of the progress of discovery, with specific reference to the interim deadlines set forth in the Court's scheduling Order.

SO ORDERED.

DATED:   June 11, 2013
         New York, New York

*[signature]*

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE