UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-13
```

ROCHE DIAGNOSTICS GMBH, *et al.*,

        Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

        Defendants.

No. 04 Civ. 4046 (RJS) (GWG)
ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Gorenstein for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Disputes:

_X_ Settlement: The parties shall contact the designated Magistrate Judge to schedule a settlement conference by: November 1, 2013

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:    October 11, 2013
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE