# WILMERHALE

October 24, 2013

**Robert J. Gunther, Jr.**
+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

**By Facsimile**

Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Fax: (212) 805-4268

[Stamp: ...LY FILED / DOC #: ___ / DATE FILED: 10/25/13]

Re: *Roche Diagnostics GmbH v. Enzo Biochem, Inc.*, No. 04 CV 4046 (S.D.N.Y.)

Dear Magistrate Judge Gorenstein:

I write on behalf of Roche Diagnostics GmbH and Roche Molecular Systems, Inc. (collectively "Roche") to respectfully request an adjournment of the settlement conference in the above-referenced matter, which is currently scheduled for November 8, 2013. *See* Order Scheduling Settlement Conference, Dkt. 125.

Pursuant to Paragraph 8 of the Court's Standing Order Applicable to Settlement Conferences, counsel for Roche contacted the Deputy Clerk to determine an alternative date and time for the conference, and was informed that the Court was available on November 18, 2013 at 2:30 p.m. Counsel for Roche thereupon consulted with counsel for Enzo Biochem, Inc. and Enzo Life Sciences, Inc., who agreed to that date and time. This is the parties' first request for an adjournment of the settlement conference.

Accordingly, Roche requests that the settlement conference be rescheduled to November 18 at 2:30 p.m., which date and time has been agreed to by all parties.

Respectfully submitted,

*/s/ Robert J. Gunther Jr.*

Robert J. Gunther, Jr.

cc: Counsel of Record

*Handwritten: Granted. Letters due Nov. 12. 10/24/13*
SO ORDERED.
GABRIEL [W. GORENSTEIN]
UNITED STATES MAGISTRATE JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington