UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-13
```

ROCHE DIAGNOSTICS GMBH, et al.,

Plaintiffs

-v-

ENZO BIOCHEM, INC., et al.,

Defendants

04 Civ. 4046 (RJS)

## ~~[PROPOSED]~~ REVISED SCHEDULING ORDER

Pursuant to Rules 16 - 26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following [Proposed] Revised Scheduling Order in order to provide the parties with additional time to meet-and-confer and narrow the claim construction issues for the Court.

| Event | Original Date | Revised Date |
|---|---|---|
| Joint Claim Construction Prehearing Statement | October 25, 2013 | November 15, 2013 |
| Opening Claim Construction Briefs | December 6, 2013 | December 20, 2013 |
| Responsive Claim Construction Briefs | January 10, 2014 | January 24, 2014 |

All subsequent deadlines in the Case Management Plan and Scheduling Order (Dkt. 99) shall remain unchanged.

SO ORDERED
Dated: October 28, 2013

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

ActiveUS 117232068v.1