

Michael Burrows
Tel (212) 801-6757
burrowsm@gtlaw.com

December 11, 2013

**By Email** (<u>SullivanNYSDChambers@nysd.uscourts.gov</u>)

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

    Re:    *Roche Diagnostics GmbH et al. v. Enzo Biochem, Inc., et al.,*
              04 Civ. 4046 (RJS)

Dear Judge Sullivan:

    This letter is submitted on behalf of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo"), in response to the letter to Your Honor dated December 9, 2013, from Robert J. Gunther, Jr., counsel to the Roche parties.

    While Enzo disagrees with Roche's view that the issues presented in the parties' letter to Your Honor dated December 6, 2013 have been mooted by the Court's December 6, 2013 summary judgment decision in this case, Enzo believes that its views should more properly be expressed, in accordance with Your Honor's Individual Practice Rules, by the timely filing of a motion for reargument or reconsideration pursuant to Local Civil Rule 6.3.

                                      Respectfully yours,

                                        Michael Burrows

cc:    Robert J. Gunther, Jr.
        Omar Khan

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

NY 243462614v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building ■ 200 Park Avenue ■ New York, NY 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400