UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-2013

ROCHE DIAGNOSTICS GMBH, *et al.*,

Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

Defendants.

No. 04 Civ. 4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants and Counterclaim Plaintiffs' Enzo Biochem, Inc. and Enzo Life Sciences, Inc. Motion for Reconsideration dated December 18, 2013. Accordingly, IT IS HEREBY ORDERED THAT Plaintiffs and Counterclaim Defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc. shall file their response by January 3, 2014.

SO ORDERED.

DATED:   December 19, 2013
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE