WILMERHALE

December 19, 2013

Robert J. Gunther, Jr.

+1 212 230 8830 (t)
+1 212 230 8888 (f)
robert.gunther@wilmerhale.com

By Email

```
USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-2013
```

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Roche Diagnostics GmbH v. Enzo Biochem, Inc.*, No. 04-CV-4046 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

This letter is submitted on behalf of Roche Diagnostics GmbH and Roche Molecular Systems, Inc. ("Roche") to respectfully request a short extension of the deadline for filing its opposition brief in connection with Enzo's Motion for Reconsideration of the Court's December 6, 2013 Memorandum and Order, Dkt. No. 134 ("Motion for Reconsideration").

Roche requests an extension of eight days for the purpose of accommodating the travel and holiday plans of its inside and outside counsel over the upcoming Christmas and New Year's holidays. This is Roche's first request for an extension in connection with Enzo's Motion for Reconsideration. Enzo has informed Roche that it consents to the request, on condition that Enzo is granted an extension of seven days to file any reply brief in connection with the Motion for Reconsideration. The proposed extensions do not affect any scheduled dates in the Court's Scheduling Orders, Dkt. Nos. 99, 128.

Pursuant to Section 1.D. of the Court's Individual Practices, the table below lists the original and revised deadlines for the parties' briefs.

| **Event** | **Original Date** | **Revised Date** |
|---|---|---|
| Roche's Opposition to Enzo's Motion for Reconsideration | January 2, 2014 | January 10, 2014 |
| Enzo's Reply in support of its Motion for Reconsideration | January 17, 2014 | January 24, 2014 |

Accordingly, Roche respectfully requests that the Court grant its application for extensions of the deadlines for filing opposition and reply briefs in connection with Enzo's Motion for Reconsideration.

SO ORDERED
Dated: 12/19/13

RICHARD J. SULLIVAN
U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

WILMERHALE

December 19, 2013
Page 2

Respectfully,

*/s/ Robert J. Gunther, Jr.*

Robert J. Gunther, Jr.

cc: Counsel of record