# Exhibit B

**LIST OF MATERIALS REVIEWED**

**Patents and File Histories**
U.S. Patent No. 4,943,523
U.S. Patent No. 5,082,830
U.S. Patent No. 4,943,523 File History
U.S. Patent No. 5,082,830 File History
U.S. Patent No. 4,707,440
U.S. Patent No. 4,707,440 File History

**Related Patents and File Histories**

U.S. Patent No. 4,220,722
U.S. Patent No. 4,767,609
U.S. Patent No. 4,772,548
U.S. Patent No. 4,843,122
U.S. Patent No. 4,849,208
U.S. Patent No. 4,952,685
U.S. Patent No. 4,849,505
U.S. Patent No. 4,994,373
U.S. Patent No. 5,002,885
U.S. Patent No. 5,013,831
U.S. Patent No. 5,175,269
U.S. Patent No. 5,476,928
U.S. Patent No. 5,525,474
U.S. Patent No. 5,952,185
U.S. Patent No. 5,958,783
U.S. Patent No. 7,22,0847 B2
U.S. Patent No. 7,897,404 B2
'122 file history
'208 file history
'440 file history
'505 file history
'523 file history
'685 file history
'830 file history
'831 file history
'885 file history


**Case Pleadings and Filings from *Enzo v. Roche, No. 04 Civ 4046* and Related Cases**

Roche 1/21/05 First Amended Complaint
Enzo 5/22/05 Amended Answer and Counterclaims
Roche 4/5/05 Reply to Enzo Counterclaims

11/15/13 Joint Prehearing Claim Construction Statement and supporting evidence cited therein

1

**LIST OF MATERIALS REVIEWED**

Enzo 9/11/13 Supplemental Responses & Objections to Roche's Interrogatory Nos. 2, 3, and 14
Enzo 9/15/13 Supplemental Responses & Objections to Roche's Interrogatory No. 1
Enzo 8/29/13 Supplemental Disclosure of Asserted Claims and Infringement Contentions Concerning U.S. Patent NOS. 5,082,830 AND 4,943,523
Enzo 8/29/13 Supplemental Response to Roche's Interrogatory No. 1
Enzo 9/21/06 Second Amended Response to Roche's Interrogatory No. 1
Enzo 2/14/05 Response to Roche's First Set of Interrogatories
Enzo 3/9/05 Amended Response to Roche's Interrogatory No. 1
Enzo 10/17/06 Third Amended Response to Roche's Interrogatory No.1,
Enzo 4/15/13 Disclosure of Asserted Claims and Infringement Contentions Concerning U.S. Patent Nos. 5,082,830 and 4,943,523
Enzo 9/12/13 Second Supplemental Disclosure of Asserted Claims and Infringement Contentions Concerning U.S. Patent No. 4,943,523
Enzo 9/15/13 Supplemental Response to Roche's Interrogatory No. 1


Roche 5/17/13 Invalidity Contentions
Roche 9/13/13 Supplemental Responses & Objections to Roche's Interrogatory Nos. 2 -14

*Enzo Biochem, Inc. v. Amersham PLC,* 439 F. Supp. 2d 309, 320 (S.D.N.Y. 2006)
*Enzo Biochem, Inc. v. Applera Corp.*, 539 F.3d 1325, 1340-43 (Fed. Cir. 2010)

**Other Documents**

Various documents produced by the parties: RE3195470-5510; RE3231117-RE3231166; RE3231152-1153; EAR0200172; EAR0200173; EAR0200174; EAR0200175; EAR0200176-0177; RE0874588-657; RE001025800; RE0876976-0877020; RE3289779-9783; RE3293663-3665; RE3294223-4225; RE3298216-8220; RE3298221-8225; RE3352371-2373; RE3358457-8502; RE3456281-6285; RE0823539; RE3243968; RE3244024; RE3244035; RE3244180; RE3244291; RE3247001; RE3247018; RE3247553; RE3247903; RE3248422; RE3254141; RE3256997; RE3262896; RE3263335; RE3270166; RE3274203; RE3280985; RE3282334; RE3285183; RE3285808; RE3285837; RE3286064; RE3286153; RE3286160; RE3286245; RE3286304; RE3286320; RE3286385; RE3286453; RE3286589; RE3286601; RE3286608; RE3286703; RE3286739; RE3286743; RE3287330; RE3287340; RE3287394; RE3287426; RE3287489; RE3287585; RE3287745; RE3287877; RE3287895; RE3287936; RE3287939; RE3288122; RE3288192; RE3288267; RE3288400; RE3288479; RE3288572; RE3288590; RE3288651; RE3288672; RE3288818; RE3288873; RE3288956; RE3288989; RE3289033; RE3289094; RE3289173; RE3289215; RE3289219; RE3289222; RE3289229; RE3289268; RE3289568; RE3301675; RE3302141; RE3302910; RE3309028; RE3311669; RE3312324; RE3316141; RE3316990; RE3317141; RE3319482; RE3324763; RE3324774; RE3329789; RE3339684; RE3339790; RE3339932; RE3340012; RE3340076; RE3340087; RE3340143; RE3340292; RE3340367; RE3340670; RE3340674; RE3340678; RE3340797; RE3340809; RE3340995; RE3341047; RE3341159; RE3341223; RE3341320; RE3341337; RE3341407; RE3341418; RE3341479; RE3341652; RE3341692; RE3341702; RE3341906; RE3341923; RE3342004; RE3342142; RE3342160; RE3342239; RE3342273; RE3342371; RE3342451; RE3342605; RE3342704; RE3342846; RE3342849; RE3342982; RE3343157; RE3343279;

## LIST OF MATERIALS REVIEWED

RE3343576; RE3392965; RE3395848; RE3397374; RE3405389; RE3406084; RE3406119; RE3417623; RE3428484; RE3431698; RE3435109; RE3456286; RE0026133-6134; RE0026135-6136; RE0026139-6140; RE0026149-6150; RE0027328-7357; RE0061063-1064; RE0061065-1092, RE0111897-1935, RE0112068-2074, RE0113082-3082, RE304918-9430, RE323117-166; RE3027753-7808; RE3029363-9421; RE3030748-830; RE3030834-0872; RE3032578-2609; RE3045027-5275; RE3051121-1223; RE3080457-0493; RE3100919-0955; RE3105455-5509; RE3153573-3603; RE3168959-9009; RE3175970-6265; RE3181261-1622; RE3185405-60; RE3195470-5510; RE3212696-2751; RE3220125-0165; RE3231074-116; RE3231117-1166; RE0876767-6790; RE0876791-6818; RE0876819-6842; RE0876843-6866; RE0876867-6890; RE0876891-6914; RE0876915-6938; RE0876939-6962; RE0876975; RE3367975-8027

COBAS HCV Test Package Insert, available to the public via:
(www.accessdata.fda.gov/cdrh_docs/pdf6/P060030c.pdf)

Cobas HIV-1 Test, available to the public via:
(http://www.fda.gov/downloads/BiologicsBloodVaccines/BloodBloodProducts/ApprovedProducts/PremarketApprovalsPMAs/ucm092878.pdf)

Cobas TaqScreen MPX Test 201 system, available to the public via:
(http://www.fda.gov/downloads/BiologicsBloodVaccines/BloodBloodProducts/ApprovedProducts/LicensedProductsBLAs/BloodDonorScreening/InfectiousDisease/UCM176443.pdf.)

9/19/13 Exhibit 1 to the Deposition of Dr. Erasmus Huber