January 15, 2014

**BY EMAIL**

Hon. Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-14

Re: *Roche Diagnostics et al. v. Enzo Biochem, et al.*, No. 04 CV 4046 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

This letter is submitted on behalf of Roche Diagnostics GmbH and Roche Molecular Systems, Inc. to respectfully request a modest increase in the page limit for the parties' responsive claim construction briefs, which are currently due to be submitted to the Court on January 24, 2014, *see* Dkt. No. 128.

Pursuant to Paragraph II.B of the Court's Individual Practices, reply memoranda are limited to ten (10) pages. Roche believes that an additional five (5) pages of briefing would aid the Court's understanding of the parties' disputes over the various claim terms, particularly given that the two asserted patents at issue—the '830 and '523 patents—are unrelated and involve different technologies. Enzo joins in Roche's request to increase the page limit to fifteen (15) pages.

Accordingly, the parties respectfully request that the Court grant their application for an increase in the page limit for their responsive claim construction briefs to fifteen (15) pages.

Respectfully submitted,

By: /s/ Robert J. Gunther, Jr.
Robert J. Gunther, Jr.
WILMERHALE LLP
7 World Trade Center
New York, NY 10007

*Attorney for Roche Diagnostics GmbH and Roche Molecular Systems, Inc.*

SO ORDERED
Dated: 1/16/14
RICHARD J. SULLIVAN