UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROCHE DIAGNOSTICS GMBH, et al.,          :

        Plaintiffs,          :

    v.          :          04-CV-4046 (RJS)

                                   :

ENZO BIOCHEM, INC., et al.,          **NOTICE OF APPEARANCE**

        Defendants.          :

                                   :

                                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for declaratory judgment plaintiffs and counterclaim defendants Roche Diagnostic GmbH and Roche Molecular Systems, Inc. I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 28, 2014

                                          Respectfully submitted,

                                          /s/ Christopher Noyes
                                          Christopher Noyes
                                          WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, NY 10007
                                          Tel: (212) 230-8800
                                          Fax: (212) 230-8888