USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roche Diagnostics GMBH, et al.
                Plaintiff,

v.

Enzo Biochem, Inc., et al.
                Defendants.

04 Civ. 4046 (RJS)

### Order for Admission Pro Hac Vice

The Motion of Jeffrey S. Eberhard for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

> Jeffrey S. Eberhard
> Gair Law Group, Ltd.
> 1 East Wacker Drive, Suite 2050
> Chicago, IL 60601
> 312-600-4900
> jeberhard@gairlawgroup.com

Applicant having requested admission Pro Hac Vice to appear on behalf of Enzo Biochem, Inc. and Enzo Life Sciences, Inc. for the special and limited purpose of contesting Greenberg Traurig's Motion to Withdraw in the above captioned action:

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/25/14

_____
United States District Judge