UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHE DIAGNOSTICS GMBH, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>ENZO BIOCHEM, INC., et al.,<br><br>        Defendants. | 04 Civ. 04046 (RJS) |
| ENZO BIOCHEM, INC. and ENZO LIFE SCIENCES, INC.,<br><br>        Plaintiffs,<br><br>vs.<br><br>PERKINELMER INC. and PERKINELMER LIFE SCIENCES INC.,<br><br>        Defendants,<br><br>and YALE UNIVERSITY,<br><br>        Nominal Defendant. | 03 Civ. 3817 (RJS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2014, true and correct copies of Defendants' Joint Memorandum of Law in Opposition to Enzo's Motion for Reconsideration of the Court's *Markman* and Summary Judgment Orders Concerning U.S. Patent No. 5,449,767; and Declaration of Omar A. Khan in Support of Joint Memorandum of Law in Opposition to Enzo's Motion for Reconsideration of the Court's *Markman* and Summary Judgment Orders Concerning U.S. Patent No. 5,449,767 and the exhibits thereto, were served by email on the below counsel of record for Enzo in these related actions:

Michael Burrows, Esq.
Ronald D. Lefton, Esq.
Jeffrey R. Mann, Esq.
Richard C. Pettus, Esq.
John J. Elliott, Esq.
Justin A. Maclean, Esq.
Jennifer B. Moore, Esq.
Roy Taub, Esq.
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
burrowsm@gtlaw.com
leftonr@gtlaw.com
mannj@gtlaw.com
pettusr@gtlaw.com
elliottj@gtlaw.com
macleanj@gtlaw.com
moorej@gtlaw.com
taubr@gtlaw.com

The undersigned also certifies that true and correct copies of the foregoing documents were also hand delivered by courier to the offices of Greenberg Traurig, LLP, to the attention of:

Michael Burrows, Esq.
Ronald D. Lefton, Esq.
Jeffrey R. Mann, Esq.
Richard C. Pettus, Esq.
GREENBERG TRAURIG LLP
MetLife Building
200 Park Avenue
New York, NY 10166
burrowsm@gtlaw.com
leftonr@gtlaw.com
mannj@gtlaw.com
pettusr@gtlaw.com

Dated: April 25, 2014            /s/ Omar A. Khan
                                  Omar A. Khan
                                  *Attorney for Roche Diagnostics GmbH, Roche Molecular Systems, Inc., PerkinElmer, Inc. and PerkinElmer Life Sciences, Inc.*