AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:03-cv-04046 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Enzo Biochem, Inc. and Enzo Life Sciences, Inc.

I certify that I am admitted to practice in this court.

| 5/5/2014 | *Anna D. DiGabriele* (signature) |
|---|---|
| Date | Signature |

| Anna D. DiGabriele | | AD7825 |
|---|---|---|
| Print Name | | Bar Number |

527 Madison Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 583-0100 | (212) 583-0150 |
|---|---|
| Phone Number | Fax Number |