UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>          Plaintiffs,<br><br>          - against -<br><br>MOLECULAR PROBES, INC., *et al.*,<br><br>          Defendants. | No. 03 Civ. 3816 (RJS) |
| ENZO BIOCHEM, INC., *et al.*,<br><br>          Plaintiffs,<br><br>          - against -<br><br>PERKINELMER, INC., *et al.*,<br><br>          Defendants. | No. 03 Civ. 3817 (RJS) |
| ROCHE DIAGNOSTICS GMBH, *et al.*,<br><br>          Plaintiffs,<br><br>          - against -<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>          Defendants. | No. 04 Civ. 4046 (RJS) |

## **NOTICE OF APPEARANCE OF SCOTT M. BERMAN**

PLEASE TAKE NOTICE that Scott M. Berman, Esq. of Friedman Kaplan Seiler & Adelman LLP hereby enters an appearance on behalf of Enzo Biochem, Inc. and Enzo Life

2952351.1

Sciences, Inc. in the above-captioned actions and demands that all papers in these actions be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 29, 2014

                    FRIEDMAN KAPLAN SEILER &
                      ADELMAN LLP

                  By: /s/ Scott M. Berman
                      Scott M. Berman, Esq. (SB 4023)
                  7 Times Square
                  New York, New York 10036-6516
                  Telephone: (212) 833-1120
                  Facsimile: (212) 373-7920
                  E-mail: sberman@fklaw.com

2952351.1