...


UNITED STATES DISTICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
ENZO BIOCHEM, INC., *et al.*,

                       Plaintiffs,

      - against -                         No. 03 Civ. 3816 (RJS)

MOLECULAR PROBES, INC., *et al.*,

                       Defendants.
----------------------------------------------------------------X

ENZO BIOCHEM, INC., *et al.*,

                       Plaintiffs,

      - against -                         No. 03 Civ. 3817 (RJS)

PERKINELMER, INC., *et al.*,

                       Defendants.
----------------------------------------------------------------X

ROCHE DIAGNOSTICS GMBH, *et al.*,

                       Plaintiffs,

      - against -                         No. 04 Civ. 4046 (RJS)

ENZO BIOCHEM, INC., *et al.*,

                       Defendants.
----------------------------------------------------------------X

## **NOTICE OF APPEARANCE OF PHILIPPE ADLER**

      PLEASE TAKE NOTICE that Philippe Adler, Esq. of Friedman Kaplan Seiler & Adelman LLP hereby enters an appearance on behalf of Enzo Biochem, Inc. and Enzo Life

2952352.1

Sciences, Inc. in the above-captioned actions and demands that all papers in these actions be served upon the undersigned.  I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         May 29, 2014

                           FRIEDMAN KAPLAN SEILER &
                             ADELMAN LLP

                           By:   /s/ Philippe Adler
                               Philippe Adler, Esq. (PA 5626)
                           7 Times Square
                           New York, New York  10036-6516
                           Telephone:     (212) 833-1119
                           Facsimile:       (212) 373-7919
                           E-mail:           padler@fklaw.com

2952352.1