UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Roche Diagnostics Gmbh, Inc.                Plaintiff,        Case No. 04cv4046 (RJS)

-against-

Enzo Biochem, Inc.                          Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Philippe Adler**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PA5626          My State Bar Number is  2329878

I am,
   [✓]  An attorney
   [ ]  A Government Agency attorney
   [ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
             FIRM ADDRESS: 1633 Broadway, NY, NY 10019
             FIRM TELEPHONE NUMBER: 212-833-1100
             FIRM FAX NUMBER: 212-833-1250

NEW FIRM:    FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
             FIRM ADDRESS: 7 Times Square, NY, NY 10036
             FIRM TELEPHONE NUMBER: 212-833-1100
             FIRM FAX NUMBER: 212-833-1250

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 6/4/14                          /s/ Philippe Adler
                                       ATTORNEY'S SIGNATURE