USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x

ROCHE DIAGNOSTICS GMBH, et al.,

           Plaintiffs,

    v.                           Civ. No. 1:04-cv-04046-RJS

ENZO BIOCHEM, INC., et al.,

           Defendants.

-----------------------------------x

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of William G. McElwain for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of District of Columbia, Massachusetts and Virginia, and that his contact information is as follows:

William G. McElwain
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 230-8888
Email: William.McElwain@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Roche Diagnostics GmbH and Roche Molecular Systems, Inc. in the above-entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 6/6/14

Honorable R. Sullivan
United States District Judge