AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Roche Diagnostic GmbH, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    04 Civ. 4046 |
| Enzo Biochem, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc.

Date:      06/06/2014

/s/Jonathan S. Caplan
*Attorney's signature*

Jonathan S. Caplan (JC-1039)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

JCaplan@kramerlevin.com
*E-mail address*

(212) 715-9488
*Telephone number*

(212) 715-8000
*FAX number*