AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Roche Diagnostic GmbH, et al. )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 04 Civ. 4046 |
| Enzo Biochem, Inc., et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc.

Date:    06/06/2014

/s/Michael J. Dell
*Attorney's signature*

Michael J. Dell (MD-7714)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

MDell@kramerlevin.com
*E-mail address*

(212) 715-9129
*Telephone number*

(212) 715-8000
*FAX number*