AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Roche Diagnostic GmbH, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   04 Civ. 4046 |
| Enzo Biochem, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc.

Date:   06/06/2014

/s/Paul J. Andre
*Attorney's signature*

Paul J. Andre (PA-3425)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road
Menlo Park, CA 94025

*Address*

PAndre@kramerlevin.com
*E-mail address*

(650) 752-1710
*Telephone number*

(650) 752-1800
*FAX number*