AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

| Roche Diagnostic GmbH, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 04 Civ. 4046 |
| Enzo Biochem, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc.

Date: 06/06/2014

/s/Paul Schoeman
*Attorney's signature*

Paul Schoeman (PS-3715)
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

PSchoeman@kramerlevin.com
*E-mail address*

(212) 715-9264
*Telephone number*

(212) 715-8000
*FAX number*