UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCHE DIAGNOSTICS GMBH, *et al.*,

    Plaintiffs and Counterclaim Defendants,

-v-

ENZO BIOCHEM, INC., *et al.*,

    Defendants and Counterclaim Plaintiffs.

No. 04-cv-4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In a Memorandum and Order dated December 6, 2013, the Court denied in part and granted in part the summary judgment motion of Plaintiffs and Counterclaim Defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc. (collectively, "Roche"). (Doc. No. 132.) Now before the Court is a motion for reconsideration submitted by Defendants and Counterclaim Plaintiffs' Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (collectively, "Enzo"), which is now fully briefed. IT IS HEREBY ORDERED THAT Enzo's motion for reconsideration is DENIED.

At the time Enzo's filed the instant motion for reconsideration, the above-referenced matter was one of six related cases pending before the Court (collectively, "the Enzo matters"). Much has changed, including the fact that four of the Enzo matters have since settled. Additionally, Greenberg Traurig moved to withdraw as Enzo's counsel of record shortly before one of the Enzo matters was scheduled to go to trial. After voluminous briefing and a hearing, the Court granted that motion, which spawned more litigation about the value of Greenberg

Traurig's charging lien. To allow sufficient time for Enzo to retain new counsel, the Court stayed the Enzo matters through early June 2014. All of the parties are now represented, and even some of the lawyers have lawyers. Accordingly, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter, no later than September 26, 2014, proposing next steps. To the extent the Court's calendar permits, the Court intends to set this case on an accelerated schedule.

The Clerk of the Court is respectfully directed to terminate the motion pending at docket entry 134.

SO ORDERED.

DATED: September 16, 2014
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2