October 31, 2014

**By Email**

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

Re:  *Roche Diagnostics GmbH et al. v. Enzo Biochem, Inc. et al.*, No. 04 Civ. 4046 (RJS)

Dear Judge Sullivan:

    Pursuant to the Court's October 22, 2014 Order, Dkt. No. 219, the parties jointly submit this letter concerning the settlement discussions referenced in Paragraph 7 of the Court's Order.

    The parties agree to have Magistrate Judge Gorenstein facilitate the above-referenced settlement discussions.  The parties currently estimate that no more than five (5) attendees from each side, including at least one client representative with settlement authority from each side, will be present, *i.e.* a total ten (10) attendees.

Respectfully submitted,

| | |
|---|---|
| By:  /s/ Michael J. Dell | By:  /s/ Robert J. Gunther, Jr. |
| Michael J. Dell | Robert J. Gunther, Jr. |
| KRAMER LEVIN NAFTALIS | WILMERHALE LLP |
|    & FRANKEL, LLP | 7 World Trade Center |
| 1177 Avenue of the Americas | 250 Greenwich Street |
| New York, NY 10036 | New York, NY  10007 |
| | |
| *Attorney for Enzo Biochem, Inc. and* | *Attorney for Roche Diagnostics GmbH and* |
| *Enzo Life Sciences, Inc.* | *Roche Molecular Systems, Inc.* |