UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-15
```

ENZO BIOCHEM, INC., *et al.*,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC.,

                Defendant.

No. 03-cv-3816 (RJS)
ORDER

ROCHE DIAGONOSTICS GMBH, *et al.*,

                Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

                Defendants.

No. 04-cv-4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT at least one lawyer for each party shall appear for a telephonic conference on January 9, 2015 at 4:00 PM. Counsel are directed to gather on one line and call the Court, at (212) 805-0264, when all are on the line.

SO ORDERED.

Dated:    January 8, 2015
            New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE