Michael C. Miller
212 506 3955
mmiller@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-15

**Steptoe**
STEPTOE & JOHNSON LLP

January 12, 2015

**MEMO ENDORSED**

Via Email to sullivannysdchambers@nysd.uscourts.gov
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
40 Foley Square, Room 2104
New York, NY 10007

Re:   *Enzo Biochem, Inc. v. Molecular Probes, Inc.*, No. 03 Civ. 3816 (RJS)
      *Enzo Biochem, Inc. v. PerkinElmer, Inc.*, No. 03 Civ. 3817 (RJS)
      *Roche Diagnostics GmbH v. Enzo Biochem, Inc.*, No. 04 Civ. 4046 (RJS)

Dear Judge Sullivan:

As directed by the Court in its December 30, 2014 Sealed Opinion and Order ("Order"), the parties hereby submit their proposed redactions to the Order and the memoranda and declarations submitted in connection with the underlying motion. The red brackets are the redactions proposed by Greenberg Traurig ("GT"), and the blue brackets are the redactions proposed by Enzo. The parties are prepared to docket the aforementioned documents upon the Court's direction.

The parties jointly propose February 27, 2015, at any time during the day that is convenient for the Court, for a meet and confer session. If this date is not convenient for the Court, the parties will find alternative dates in March. The parties agree that the Court should facilitate this session.

```
IT IS HEREBY ORDERED THAT the meet and confer session shall be
held in Courtroom 905 of the Thurgood Marshall Courthouse on
February 27, 2015 at 4:00 p.m.
```

SO ORDERED
Dated: 2/6/15

RICHARD J. SULLIVAN
U.S.D.J.

Honorable Richard J. Sullivan
January 12, 2015
Page 2 of 2

**Steptoe**
STEPTOE & JOHNSON LLP

Respectfully submitted,

Michael C. Miller
Steptoe & Johnson LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3955
mmiller@steptoe.com

*Attorneys for Greenberg Traurig, LLP*

Scott M. Berman
Friedman Kaplan Seiler & Adelman
7 Times Square
New York, New York 10036
(212) 833 1120
sberman@fklaw.com

*Attorneys for Enzo Biochem, Inc. and Enzo Life Sciences*