UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-15
```

ENZO BIOCHEM, INC., et al.,

                Plaintiffs,

-v-

MOLECULAR PROBES, INC.,

                Defendant.

No. 03-cv-3816 (RJS)
ORDER

ENZO BIOCHEM, INC., et al.,

                Plaintiffs,

-v-

PERKINELMER, INC., et al.,

                Defendants.

No. 03-cv-3817 (RJS)
ORDER

ROCHE DIAGONOSTICS GMBH, et al.,

                Plaintiffs,

-v-

ENZO BIOCHEM, INC., et al.,

              Defendants.

No. 04-cv-4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Greenberg Traurig LLP's sealed letter, dated January 29, 2015, in the above-captioned matters proposing a briefing schedule in connection with the sealed Motion for Relief From a Sealed Order that Enzo Biochem, Inc. and Enzo Life Sciences, Inc.

2

filed on January 28, 2015. IT IS HEREBY ORDERED THAT Greenberg Traurig LLP shall submit a response no later than February 23, 2015 and Enzo Biochem, Inc. and Enzo Life Sciences, Inc. shall submit a reply no later than March 13, 2015. The Notice of Motion and the briefs may be kept under seal for the reasons articulated in the Court's Orders dated March 18, 2014 and May 9, 2014, including to prevent Enzo from being prejudiced by the application of counsel to withdraw. However, given the presumption in favor of open records applicable to court documents as articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), IT IS FURTHER ORDERED THAT, by March 20, 2015, the parties shall submit via email a jointly proposed redacted version of the Notice of Motion and the briefs. Upon approval by the Court, the redacted versions will be publicly docketed in the Enzo matters. Additionally, as the matters progress and are resolved, the Court will direct the parties to address whether the various documents should remain under seal and will likely unseal most or all of the record related to Greenberg Traurig LLP's motions.

SO ORDERED.

DATED:     February 6, 2015
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE