UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-15

| | |
|---|---|
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>-v-<br><br>MOLECULAR PROBES, INC.,<br><br>      Defendant. | No. 03-cv-3816 (RJS)<br>ORDER |
| ENZO BIOCHEM, INC., *et al.*,<br><br>      Plaintiffs,<br><br>-v-<br><br>PERKINELMER, INC., *et al.*,<br><br>      Defendants. | No. 03-cv-3817 (RJS)<br>ORDER |
| ROCHE DIAGONOSTICS GMBH, *et al.*,<br><br>      Plaintiffs,<br><br>-v-<br><br>ENZO BIOCHEM, INC., *et al.*,<br><br>      Defendants. | No. 04-cv-4046 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

  In an endorsed letter, docketed on February 6, 2015, the Court scheduled a meet and confer session in connection with the charging lien dispute between Enzo Biochem, Inc. and Enzo Life Sciences, Inc. ("Enzo") and Greenberg Traurig LLP ("GT"), to be held in Courtroom

905 of the Thurgood Marshall Courthouse on February 27, 2015 at 4:00 p.m. (Doc. No. 230, *Roche Diagnostics GmbH, et al. v. Enzo Biochem, Inc., et al.*, No. 04-cv-4046 (RJS).) The Court, per the parties' agreement, will facilitate the session.

Earlier today, the Court received a phone call from Enzo's counsel seeking further information about the format of the session and the topics to be discussed. The Court does not envision oral argument of any sort and will not entertain any arguments going to the merits of the parties' briefs concerning Enzo's motion for reconsideration, which will not be fully submitted until March 13, 2015. Instead, IT IS HEREBY ORDERED THAT the parties shall appear at the conference prepared to discuss the following: (1) given the presumption of open records, why Enzo's proposed redactions to the Court's December 30, 2014 Sealed Opinion and Order are necessary, and why GT's proposed redactions are not sufficient to address the prejudice concerns identified in the Court's March 18, 2014 Order (Doc. No. 159, *Roche Diagnostics GmbH, et al. v. Enzo Biochem, Inc., et al.*, No. 04-cv-4046 (RJS)); (2) setting aside Enzo's motion for reconsideration, what issues remain for the Court to resolve in the charging lien dispute; (3) what additional evidence or discovery, if any, is necessary before the Court may rule on these remaining issues; and (4) the viability of an alternative resolution, such as the arrangement set forth in footnote 7 of the Court's December 30, 2014 Sealed Opinion and Order.

SO ORDERED.

DATED:   February 23, 2015
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE