UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ROCHE DIAGNOSTICS GMBH, *et al.*,

                Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

                Defendants.

No. 04-cv-4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear on April 21, 2015, at 2:00 p.m., for a claim construction hearing relating to U.S. Patent Number 4,943,523. Each party shall have one hour to present evidence and argument as they see fit.

SO ORDERED.

DATED:    March 4, 2015
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE