MEMO ENDORSED

March 13, 2015

**BY Facsimile (212-8054268)**

Honorable Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St., Courtroom: 6B
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/15
```

Re: *Roche Diagnostics GmbH v. Enzo Biochem, Inc., et al.*, 04 Civ 4046 (RJS) (S.D.N.Y.)

Dear Judge Gorenstein:

      Pursuant to Judge Sullivan's March 4, 2015 Revised Scheduling Order (D.I. 240), the parties to the above referenced action confirm that Your Honor has scheduled a settlement conference on April 1, 2015, at 2:30 pm.

Respectfully submitted,

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | WILMERHALE LLP |
| By: /s/ Michael J. Dell | By: /s/ Robert J. Gunther, Jr. |
| Michael J. Dell | Robert J. Gunther, Jr. |
| 1177 Avenue of the Americas | 7 World Trade Center |
| New York, NY 10036 | 250 Greenwich Street |
| 212-715-9100 | New York, NY 10007 |
| mdell@kramerlevin.com | 212-230-8830 |
| | robert.gunther@wilmerhale.com |
| *Attorneys for Enzo Biochem, Inc. and Enzo Life Sciences, Inc.* | *Attorneys for Roche Diagnostics GmbH and Roche Molecular Systems, Inc.* |

→ Submissions due March 26, 2015.

SO ORDERED: DATE: 3/17/15
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

KL3 3009373.1