UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCHE DIAGNOSTICS GMBH, *et al.*,

                Plaintiffs,

-v-

ENZO BIOCHEM, INC., *et al.*,

                Defendants.

No. 04-cv-4046 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Due to a trial before the Court, IT IS HEREBY ORDERED THAT the claim construction hearing relating to U.S. Patent Number 4,943,523 originally scheduled for April 21, 2015 at 2:00 p.m. is adjourned to April 28, 2015 at 2:00 p.m.  The Court regrets any inconvenience caused by this necessary adjournment.

SO ORDERED.

DATED:    April 8, 2015
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE