UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
———————————————————————— x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-15

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned Roche Diagnostics GmbH et al. v. Enzo Biochem, Inc. et al._____, No. 1:04-cv-04046-RJS.

The date(s) for which such authorization is provided is (are) April 28, 2015_____.

| Attorney | Device(s) |
|---|---|
| 1. Robert J. Gunther, Jr. | smartphone |
| 2. Christopher R. Noyes | smartphone |
| 3. Omar A. Khan | smartphone; laptop; associated wires/batteries |

(Attach Extra Sheet If Needed)

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
Dated: 4/24/2015

_____
United States Judge

Revised: February 26, 2014

## Addendum

| | |
|---|---|
| Chase E. Zachary | Smartphone; laptop; associated wires/batteries; USB flash drive |
| Michael Lisi | Smartphone |
| Reza Savari | Smartphone |
| Michael Dell | Smartphone |
| Jonathan Caplan | Smartphone |
| Christine Willgoos | Smartphone; laptop |
| Geoffrey Hu | Smartphone; laptop |