AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Roche Diagnostics GmbH, Roche MolecularSystems )<br>*Plaintiff* )<br>v. )<br>Enzo Biochem, Inc. and Enzo Life Sciences, Inc. )<br>*Defendant* ) | Case No.   04 Civ. 04046 (RJS) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc. and Enzo Life Sciences, Inc.

Date:   04/29/2015

*Attorney's signature*

Geoffrey G. Hu - 3588
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

ghu@kramerlevin.com
*E-mail address*

(212) 715-9469
*Telephone number*

(212) 715-8000
*FAX number*