AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Roche Diagnostics GmbH, Roche MolecularSystems | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  04 Civ. 04046 (RJS) |
| Enzo Biochem, Inc. and Enzo Life Sciences, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Enzo Biochem, Inc. and Enzo Life Sciences, Inc.

Date: 04/29/2015

*Attorney's signature*

Christine Willgoos - 9772
*Printed name and bar number*

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
*Address*

cwillgoos@kramerlevin.com
*E-mail address*

(212) 715-9115
*Telephone number*

(212) 715-8000
*FAX number*