UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROCHE DIAGNOSTICS GMBH, et al.,

             Plaintiffs,

    v.

ENZO BIOCHEM, INC., et al.,

             Defendants.

04-CV-04046 (RJS)

**NOTICE OF APPEARANCE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for declaratory judgment plaintiffs and counterclaim defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       May 19, 2015

                                        Respectfully submitted,

                                        /s/ Chase E. Zachary

                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        T: (212) 230-8800
                                        F: (212) 230-8888

                                        *Attorney for Declaratory Judgment*
                                        *Plaintiffs and Counterclaim Defendants*
                                        *Roche Diagnostics GmbH and Roche*
                                        *Molecular Systems, Inc.*