KRAMER LEVIN NAFTALIS & FRANKEL LLP

MICHAEL J. DELL
PHONE 212-715-9129
FAX 212-715-8000
MDELL@KRAMERLEVIN.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-15

June 3, 2015

BY ELECTRONIC MAIL

sullivannysdchambers@nysd.uscourts.gov
Hon. Richard J. Sullivan
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2104
New York, New York 10007

MEMO ENDORSED

Re:  *Enzo Biochem, Inc. v. Molecular Probes, Inc.*, 03 Civ. 3816 (RJS)
     *Enzo Biochem, Inc. v. PerkinElmer, Inc.*, 03 Civ. 3817 (RJS)
     *Roche Diagnostics GmbH v. Enzo Biochem, Inc.*, 04 Civ. 4046 (RJS)

Dear Judge Sullivan:

We represent Enzo Biochem, Inc. and Enzo Life Sciences, Inc. (together, "Enzo") in the *Roche* case referenced above and represented Enzo in the other two cases referenced above at the time they were settled. We have also represented Enzo in attempting to settle its dispute with Greenberg Traurig, LLP ("GT").

On June 1, 2015, the Court issued an order scheduling a conference to discuss settlement, among other issues, on June 10, 2015 at 10 a.m., and directing that I appear. I write to request that the June 10, 2015 conference be moved because I am scheduled to leave the country on an 8 p.m. flight on June 9 for a long scheduled trip to celebrate my wife's birthday. I will return to New York on June 19.

I have discussed this with GT's counsel and they and we are available on June 8 before 3 p.m., June 9 until noon, and June 22, 23 and 26.

Respectfully yours,

*Michael Dell*

Michael J. Dell

cc (by email):  Michael Miller, Esq.
                Scott Berman, Esq.

IT IS HEREBY ORDERED THAT the conference in connection with the charging lien dispute, originally scheduled for Wednesday, June 10, 2015 at 10:00 a.m., is ADJOURNED to Friday, June 26, 2015 at 10:45 a.m.

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000

990 MARSH ROAD  MENLO PARK CA 94025-1949  PHONE 650.752.1700  FAX 650.752.1800

47 AVENUE HOCHE  75008 PARIS FRANCE  PHONE (33-1) 44 09 46 00  FAX (33-1) 44 09 46 01

WWW.KRAMERLEVIN.COM

KL3 3032323.1

SO ORDERED
Dated: 6/3/15

RICHARD J. SULLIVAN
U.S.D.J.