UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-10-15
```

ROCHE DIAGNOSTICS GMBH, et al.,

        Plaintiffs,

v.

ENZO BIOCHEM, INC., et al.,

        Defendants.

Case No. 04-cv-04046 (RJS)

**MEMO ENDORSED**

### NOTICE OF WITHDRAWAL OF CHASE E. ZACHARY AS COUNSEL OF RECORD AND ORDER

**PLEASE TAKE NOTICE** that attorney Chase E. Zachary hereby withdraws as counsel for declaratory judgment plaintiffs and counterclaim defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc. (collectively, "Roche") in this action. As of August 7, 2015, Mr. Zachary is no longer associated with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Roche continues to be represented by other counsel from WilmerHale.

Mr. Zachary is not asserting a retaining or charging lien.

Dated: New York, New York
August 7, 2015

Respectfully submitted,

*Chase E. Zachary*

Robert J. Gunther, Jr.
Christopher R. Noyes
Omar A. Khan
Chase E. Zachary
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

SO ORDERED
Dated: 8/10/15
*Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.

Tel: (212) 230-8800
Fax: (212) 230-8888
robert.gunther@wilmerhale.com
christopher.noyes@wilmerhale.com
omar.khan@wilmerhale.com
chase.zachary@wilmerhale.com

William McElwain (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
william.mcelwain@wilmerhale.com

Ryann Muir (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6101
Fax: (617) 526-5000
ryann.muir@wilmerhale.com

*Attorneys for Declaratory Judgment Plaintiffs and Counterclaim Defendants Roche Diagnostics GmbH and Roche Molecular Systems, Inc.*