# EXHIBIT 60

Roche

CUSTOMBIOTECH

# Custom Biotech Catalog 14th Edition

*Expertise You Can Trust*



**Your Roche Custom Biotech Customer Service**

**Europe, Middle East, Africa, and Latin America**
Roche Diagnostics Deutschland GmbH
Sandhofer Straße 116
68305 Mannheim, Germany
Phone +49 621 759 8580
Fax +49 621 759 8610
mannheim.custombiotech@roche.com

**United States**
Roche Diagnostics Corporation
Roche Applied Science
9115 Hague Road
P.O. Box 50414
Indianapolis, IN 46250-0414, USA
Phone +1 800 428 5433, ext. 14649 (toll-free)
Fax +1 317 521 4065
custombiotech.ussales@roche.com

**Canada**
Roche Diagnostics
201, Boulevard Armand-Frappier
HV 4A2 Laval, Québec, Canada
Phone +1 450 686 7050
Fax +1 450 686 7012
custombiotech.can@roche.com

**Japan**
Roche Diagnostics K.K.
Roche Custom Biotech
Applied Science
6-1, Shiba 2-chome
Minato-ku, Tokyo 105-0014, Japan
Phone +81 3 5443 5285
Fax +81 3 5443 7934
japan.custombiotech@roche.com

**Asia Pacific**
Roche Diagnostics Asia Pacific Pte. Ltd.
Regional Sales and Market Development
298 Tiong Bahru Road
# 16-01/06 Central Plaza
Singapore, 168730
Phone +65 6371 6638
Fax +65 6371 6601
apac.custombiotech@roche.com

**custombiotech.roche.com**



**Dear Valued Customer,**

We are pleased to present you with the new edition of the Roche Custom Biotech Product Catalog. This catalog officially renames our brand, Roche Custom Biotech, replacing Industrial Business. **Custom** underscores Roche's customer focus. **Biotech** is our most significant asset:
We are a major global supplier of high quality raw material and reagent chemistries to diagnostics, life sciences and the pharma biotech industry.

Our new name better reflects our mission to provide high-performance products to the diagnostics and pharmaceuticals industry, customized to customer needs. Roche Custom Biotech combines excellence and added value to best serve your business.
Our key account managers are looking forward to supporting your manufacturing success with the finest raw materials and reagents available.

**Roche Custom Biotech.** ***Expertise You Can Trust.***
This product catalog is divided into four sections:

- Clinical Chemistry: Enzymes, their cofactors and substrates, detergents and biocides
- Immunology: Marker enzymes and substrates, interference eliminating proteins, and biotin/streptavidin reagents
- Molecular Diagnostics: RT-PCR and PCR amplification and detection chemistries
- Pharma Biotech: Enzymes for dissociating cells from primary tissues, downstream proteases, and biocatalysts

Roche Custom Biotech has been manufacturing and supplying industrial chemistries for thirty years, in particular to the diagnostics industry.
With a portfolio of over one thousand products, we also custom manufacture to your needs. Roche is in a unique position to fulfil your manufacturing needs using state-of-the-art innovative and proprietary technologies.

We are committed to the mission of improving the quality of healthcare. Our expanding pharma product portfolio, including Recombinant Trypsin and Liberase Enzyme Blends, are manufactured under GMP regulations, to meet the exacting demands of pharmaceutical manufacturers.
We look forward to hearing how we can customize to your individual needs.

Thank you very much for your faith in Roche Custom Biotech providing you with products of quality coupled with Roche Service. This catalog reflects our desire to be a partner in your success. Feel free to use this catalog as the beginning to find the products you need, and as the basis for our planning your custom manufacturing requirements.
Sincerely,



Stefan Schorling
Head of Global Marketing Roche Custom Biotech

# Service and Support

Here at Roche Custom Biotech, we make it our constant goal to provide you with close business-to-business collaboration, strict confidentiality, and a strong scientific relationship throughout your products development cycle. This catalog is the first link in a worldwide chain of contact and support we provide for all our customers, whatever your field: Diagnostics, Life Sciences, Pharma Biotech, and beyond.

**Need something different?**

In addition to the products in this catalog, we can also specifically modify existing products and provide consultancy on the development of completely new items. We offer customization and contract manufacturing in nearly all fields of our portfolio (including OEM of our high-quality IVD reagents), at any scale or production stage. Whether you require raw materials, labeled components, or finished kits, our contract manufacturing service will deliver according to your specifications.

**We're here for you.**

For quick and easy ordering, your local Roche Custom Biotech consultant is part of a dedicated and responsive order management team.
If you have specific questions or technical support inquiries, rely on our highly trained Key Account Managers to be your dedicated contact at any stage of the process. See this catalog's back cover for contact details.

**Discover our scope, service, and support.**

This catalog is only the beginning of our commitment to maximizing the efficiency, quality, and profitability of your project.
Thank you for choosing Roche!

**Visit us online at custombiotech.roche.com**

- Explore Roche products and services.
- Find your local Roche representative.
- Download product literature.
- Obtain comprehensive information on products and applications.
- Access MSDS, pack inserts, certificates of analysis, publications, and more.
- Register to receive product updates and special offers.

# The Roche Custom Biotech Team -
## Your Gateway to the Worldwide Roche Network

**The Key Account Manager** is the key interface between your company and Roche, accessing products and providing expertise to bring you the best.
**The Logistics Specialist** maintains and monitors your secure supply.
**The Technical Specialist** provides product technical support.
**The Global Marketing Manager** provides project and product management.




Building on over 30 years of industry experience, Roche Custom Biotech uses the powerful multidisciplinary skills found in Roche facilities across the world. Our research and production complex in Penzberg, Germany, has become one of the largest biotechnology centers in Europe, and is the centerpiece of a constantly growing international corporate presence that provides solutions to over 500 major customers and partners.

## *Introduced Products since 2009*


| | |
|---|---|
| MAB<DD>M-1.2.57 IgG | 162 |
| MAB<DD>M-2.1.16 IgG | 164 |
| Streptavidin R-Phycoerythrin LumiGrade Ultrasensitive Reagent | 182 |
| 4-Aminophenyl Phosphate (pAPP), Disodium Salt | 214 |
| Proteinase K, recombinant, PCR Grade | 223 |
| AptaTaq DNA Polymerase, 5 U/µl | 243 |
| AptaTaq DNA Polymerase, 50 U/µl | 244 |
| AptaTaq DNA Polymerase LDx, 5 U/µl | 245 |
| AptaTaq DNA Polymerase LDx, 50 U/µl | 247 |
| AptaTaq Dexo DNA Polymerase, 5 U/µl | 243 |
| AptaTaq Dexo DNA Polymerase, 50 U/µl | 244 |
| HawkZ05 DNA Polymerase, 40 U/µl | 258 |
| HawkTaq DNA Polymerase, 5 U/µl | 259 |
| AptaTaq DNA Master | 260 |
| AptaTaq DNA Master without Mg2+ | 261 |
| AptaTaq DNA Master Optimization Kit | 261 |
| AptaTaq Genotyping Master | 262 |
| AptaTaq Genotyping Master (Rox) | 263 |
| EagleTaq Master Mix | 264 |
| EagleTaq Master Mix (Rox) | 265 |
| AllStart RNA Master | 271 |
| AllStart RNA Master (Rox) | 272 |
| HawkZ05 Fast One-Step RT-PCR Kit | 273 |
| LightCycler® 480 Multiwell Plate 384 | 296 |
| LightCycler® 480 Multiwell Plate 96 | 297 |
| T4 Gene 32 Protein, recombinant | 300 |
| COT Human DNA, CGH Grade | 323 |
| Bovine Serum Albumin, Molecular Biology Grade | 334 |
| Liberase MNP-S | 340 |
| Liberase MTF C/T, GMP Grade | 341 |
| Liberase T-Flex, Research Grade | 343 |
| Carboxypeptidase B, recombinant | 348 |
| Trypsin, recombinant | 358 |
| MycoTOOL PCR Mycoplasma Detection Kit | 359 |
| CMP-N-Acetylneuraminic Acid | 361 |
| UDP-Galactose | 363 |

## 1 Clinical Chemistry


Biochemicals for Clinical Chemistry ... 2
**Albumin** ... 2
**Biocides** ... 5
**Buffers** ... 16
**Detergents** ... 21
Ionic Detergents ... 21
Non-ionic Detergents ... 25
Zwitterionic Detergents ... 28
**Protease Inhibitors** ... 30
**Additional Biochemicals** ... 31
Cofactors/Nucleotides for Clinical Chemistry ... 35
**Cofactors** ... 35
**Nucleotides** ... 45
Enzymes for Clinical Chemistry ... 52
Substrates for Clinical Chemistry ... 139
**Colorimetric Substrates** ... 139
**Non-Colorimetric Substrates** ... 147


## 2 Immunology


Antibodies ... 160
**Monoclonal Antibodies** ... 160
**Polyclonal Antibodies** ... 176
Biotin/Streptavidin System ... 178
**Streptavidin** ... 178
**Biotin Labels** ... 179
**Fluorescent Labels** ... 181
**Solid Phases** ... 183
Dyes ... 190
Interference Eliminating Proteins (IEPs) ... 192
**Specific Interference** ... 192
**Unspecific Interference** ... 199
Marker Enzymes and Substrates ... 204
**Enzymes** ... 204
**Substrates** ... 212
Serums ... 216


## 3 Molecular Diagnostics


Sample Preparation ... 220
**Chaotropic Salts** ... 220
**Enzymes** ... 220
Amplification ... 260
**DNA Polymerases** ... 227
Expand System ... 227
T4 DNA Polymerase ... 232
Taq DNA Polymerase ... 234
Tth DNA Polymerase ... 238
**DNA Polymerases, Hot Start** ... 242
ActiTaq Δexo DNA Polymerase ... 242
AptaTaq DNA Polymerase ... 243
EagleTaq DNA Polymerase ... 252
FastStart DNA Polymerase ... 253
HawkZ05 DNA Polymerase ... 258
HawkTaq DNA Polymerase ... 259
**DNA Master** ... 260
**Reverse Transcriptases** ... 267
**RNA Master** ... 271
**Nucleotides** ... 274
deoxyNTPs ... 274
dideoxyNTPs ... 286
riboNTPs ... 290
**Additional Products** ... 296
Labeling and Detection ... 305
**Conjugates** ... 305
**Enzymes** ... 308
**Labeled Nucleotides** ... 311
Carrier and Competitor Nucleic Acids ... 323
**DNA** ... 323
**RNA** ... 326
**Glycogen** ... 328
Additional Reagents ... 329
**Enzymes** ... 329
**Proteins** ... 334


## 4 Pharma Biotech


Enzymes ... 340
**Enzymes for cell isolation** ... 340
**Glycohydrolase** ... 344
**Proteases** ... 348
Industrial Process Control ... 359
**Mycoplasma Testing** ... 359
Biochemicals ... 361
**Activated Sugars** ... 361
**Cofactors** ... 365
**Additional Reagents** ... 367


## Appendix


**Disclaimer** ... 372
**Trademarks** ... 374
**General Information** ... 375
**Product Index** ... 376

Antibodies

Immunology

## MAB<FSH>M-1.303 IgG
**lyophilizate**

Qualified for the Cobas® Core / Elecsys® Modular Platform.

### Application
MAB<FSH>M-1.303 IgG is highly qualified for heterogeneous immunoassays.

**Benefits**
Rely on optimal results obtained with sandwich partner MAB<FSH>M-W3 IgG.

### Product Description
**Immunogen**: Human follicle stimulating hormone (FSH)
**Spleen donor**: Mouse Balb/c
**Antibody class**: IgG 1, kappa
**Cross reactivity to**: Human chorionic gonadotropin (HCG) <0.1%; Luteinizing hormone (LH) <1.5%; Thyroid stimulating hormone (TSH) <2.5%

### Properties
MAB<FSH>M-1.303-IgG is a monoclonal antibody directed to human follicle stimulating hormone. It is lyophilized from a solution containing protein, potassium phosphate buffer and sodium chloride. No preservatives are added.

### Specification
**Appearance**: White lyophilizate
**Solubility**: Clear to slightly opalescent solution in NaCl, 0.9% (c=10mg/ml)
**Protein** (Biuret): ≥0.6 mg/mg lyophilizate
**pH 5.5 treatment** (30 minutes): Corresponds to specification
**Stability**: At -15 to -25°C within specification range for 24 months. Avoid repeated freezing and thawing.

| Cat. No. | Pack Size |
|---|---|
| **11 493 540 103** | 5 mg (samples),<br>≥50 mg (custom fill) |

Will be supplied as "MAK<FSH>M-1.303-IGG". Unit of Measure is "mg active ingredient".
For further processing only.

## MAB<FSH>M-W3g IgG
**lyophilizate**

Qualified for the Cobas® Core / Elecsys® Modular Platform.

### Application
MAB<FSH>M-W3 IgG highly qualified for heterogeneous immunoassays.

**Benefits**
Rely on optimal results obtained with sandwich partner MAB<FSH>M-1.303 IgG.

### Product Description
**Immunogen**: Human follicle stimulating hormone (FSH)
**Spleen donor**: Mouse Balb/c
**Antibody class**: IgG 2a, kappa
**Cross reactivity to**: Human chorionic gonadotropin (HCG) not detectable; Luteinizing hormone (LH) <1.0%; Thyroid stimulating homone (TSH) <3.5%

### Properties
MAB<FSH>M-W3 IgG is a monoclonal antibody directed to human follicle stimulating hormone. It is lyophilized from a solution containing protein, potassium phosphate buffer and sodium chloride. No preservatives are added.

| Cat. No. | Pack Size |
|---|---|
| **11 493 531 103** | 5 mg (samples),<br>≥50 mg (custom fill) |

Will be supplied as "MAK<FSH>M-W3-IGG". Unit of Measure is "mg active ingredient".
For further processing only.